IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKAY, | No. C 07-4255 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| DR. ABDUR-RAHMAN, et al., | |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at High Desert State Prison, which lies within the venue of the United States District Court for the Eastern District of California. Defendants, who are prison employees, appear to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: August   27   , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\MARKAY4255.TRN.wpd