UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEROME MARKAY,

        Plaintiff,

v.

ABDUR-RAHMAN et al,

        Defendant.

Case Number: CV07-04255 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome Markay
H-1714/ D-5-114
High Desert State Prison
PO Box 3030
Susanville, CA 96127-3030

Dated: August 28, 2007

        Richard W. Wieking, Clerk
        By: D. Toland, Deputy Clerk